# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| MEREDITH MULLINS, | ) | |
| Plaintiff(s), | ) | 2:11-cv-00819-RLH-RJJ |
| vs. | ) | **O R D E R** |
| NEVADA CANCER INSTITUTE, a Nevada Non-Profit Corporation, | ) | (Administrative Closure) |
| Defendant(s). | ) | |

Defendant has filed a Notice of Filing of Chapter 11 Bankruptcy Petition (#18) and all further proceedings in this matter having been stayed thereby, IT IS HEREBY ORDERED that this matter be ADMINISTRATIVELY CLOSED, to be reopened upon motion from counsel if necessary.

Dated this 14th day of December, 2011.

_____
**Roger L. Hunt**
**United States District Judge**